ORIGINAL

FILED
U.S. DISTRICT COURT
2008 OCT 29 P 3: 13
CLERK _BMcCarthy_

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| NOBLE BLACKERBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-091 |
| | ) | |
| THURBERT BAKER, Attorney General, and PHILLIP WEST, Judge, Dodge County Superior Court, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed IFP is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this 29th day of October, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE